NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN GLEN WOODY,                    )
                                      )
        Appellant,                    )
                                      )
v.                                    )        Case No. 2D17-4905
                                      )
STATE OF FLORIDA,                     )
                                      )
        Appellee.                     )
_____)

Opinion filed December 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Ronald N. Toward, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


                Affirmed.


NORTHCUTT, BLACK, and BADALAMENTI, JJ., Concur.